AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Jacquelyn W. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.  3:22-cv-175 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Matter is remanded to the Commissioner under Fourth Sentence of 42 U.S.C. § 405(g);  the Commissioner's decision is remanded for further administrative proceedings; and case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas M. Rose   on a motion for   Joint Motion for Remand

Date:  08/24/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*